**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GN NETCOM, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 12-cv-1318-LPS |
| vs. ) | |
| ) | |
| PLANTRONICS, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT INTERIM STATUS REPORT**

The parties submit this Joint Interim Status Report as ordered in the Scheduling Order (D.I. 28). Each party is in the process of producing documents on a rolling basis from several key custodians negotiated between the parties. As of the date of this filing, GN represents that it has produced approximately 1,300,000 pages of documents and Plantronics represents that it has produced 150,000 pages of documents, with approximately 1,200,000 pages of documents to be produced by the end of the week. As such, GN asserts that both parties will have substantially completed their initial document productions by the end of the present week. Plantronics asserts that both parties will have substantially completed all document productions by the end of the present week. To this end, GN anticipates that it will require a second round of document productions on certain Plantronics custodians identified for the first time in Plantronics' present document production. Plantronics anticipates negotiating in good faith regarding additional custodian productions, given that both parties will have collected and produced from 20 custodians to date. Assuming further responsive documents are produced in a timely manner, the parties do not anticipate the need for additional time to complete fact discovery which is

presently set to close on December 1, 2014. An ADR telephone conference with Magistrate Judge Burke is scheduled for August 4, 2014.

Respectfully submitted,

| | |
|---|---|
| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
| */s/ Brian E. Farnan* | */s/ John A. Sensing* |
| Joseph J. Farnan, Jr. (#100245) | Richard L. Horwitz (#2246) |
| Brian E. Farnan (#4089) | John A. Sensing (#5232) |
| Michael J. Farnan (#5165) | 1313 North Market Street, 6th Floor |
| 919 N. Market Street, 12th Floor | P.O. Box 951 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| Tel: (302) 777-0336 | Tel: (302) 984-6000 |
| farnan@farnanlaw.com | rhorwitz@potteranderson.com |
| bfarnan@farnanlaw.com | jsensing@potteranderson.com |
| mfarnan@farnanlaw.com | |
| *Attorneys for Plaintiff GN Netcom, Inc.* | *Attorneys for Defendant Plantronics, Inc.* |

Dated: July 1, 2014