IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GN NETCOM, INC., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) C.A. No. 12-1318-LPS |
| v. | ) |
|  | ) |
| PLANTRONICS, INC., | ) |
|  | ) |
| Defendant. | ) |

**JURY VERDICT SHEET**

We, the jury, unanimously find as follows:

1. Has GN proven that the relevant market is the sale of traditional CC&O headsets in the United States and Canada and / or the DVAR submarket in the United States and Canada?

    Yes __✓__    No _____

    *If you answer this question "Yes," please complete Questions 2-5 below. If you answer this question "No," please skip to the end.*

2. Has GN proven all of the elements of its Sherman Act Section 1 Unreasonable Restraint of Trade claim?

    Yes _____    No __✓__

3. Has GN proven all of the elements of its Sherman Act Section 2 Monopolization claim?

    Yes _____    No __✓__

4. Has GN proven all of the elements of its Sherman Act Section 2 Attempt to Monopolize claim?

    Yes _____    No __✓__

5. Has GN proven all of the elements of its Clayton Act Section 3 claim?

    Yes _____    No __✓__

*If you answered "Yes" to any of Questions 2 - 5, please complete Question 6. If you answer "No" to all of Questions 2 - 5, please skip to the end.*

6. Has GN proven that Plantronics' acts caused GN to suffer antitrust injury and damages?

   Yes _____     No _____

   *If you answered "Yes," please complete Questions 7 below. If you answer this question "No," please skip to the end.*

7. What is the total extent of damages GN is entitled to recover?

   $ _____

*Please sign this verdict sheet and inform the court security officer that you have reached a verdict.*

**We, the jurors, by signing below, indicate our unanimous verdict.**

REDACTED             REDACTED

_____
**Juror**

Dated: October 18, 2017

2