IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GN NETCOM, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 12-1318 (LPS) ) |
| PLANTRONICS, INC., | ) ) ) |
| Defendant. | ) |

[PROPOSED] FINAL JUDGMENT

WHEREAS, on October 12, 2012, Plaintiff GN Netcom, Inc. ("GN") brought this action against Defendant Plantronics, Inc. ("Plantronics"), for alleged antitrust violations under Sections 1 and 2 of the Sherman Act, 15 U.S.C. §§ 1 and 2; Sections 3, 4, and 16 of the Clayton Act; and 15 U.S.C. §§ 14, 15, and 26, and alleged tortious interference with contractual business relations under Delaware common law (D.I. 1);

WHEREAS, on October 18, 2017, the jury returned a verdict in favor of Plantronics on all of GN's antitrust claims (D.I. 534);

WHEREAS, on October 20, 2017, the parties stipulated to the dismissal with prejudice of GN's tortious interference with contractual business relations claim (D.I. 538) and, pursuant to the stipulation, the Court ordered that claim to be dismissed with prejudice on October 25, 2017;

WHEREAS, on January 3, 2018, the Court entered an Order (D.I. 566) denying GN's motion for a new trial (D.I. 545), and denying Plantronics' motion for attorneys' fees (D.I. 547);

ACCORDINGLY, IT IS ORDERED that:

1. Final judgment is hereby entered in favor of Plantronics and against GN on all claims;

2. Within fifteen (15) days of entry of this final judgment, GN will pay Plantronics $195,122.20 in costs; and

3. Plantronics' bill of costs (D.I. 550, 551) is withdrawn as moot.

IT IS SO ORDERED this 9th day of January 2018.

_____
United States District Judge