IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GN NETCOM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 12-1318-LPS |
| v. | ) |
| | ) |
| PLANTRONICS, INC., | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE**

WHEREAS, Plaintiff GN Netcom, Inc. ("Plaintiff") and Defendant Plantronics, Inc. ("Defendant") have entered into a Settlement Agreement;

NOW, THEREFORE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed to, by and between Plaintiff and Defendant, subject to the approval of the Court, that:

(1) all claims asserted by Plaintiff against Defendant are dismissed with prejudice; and

(2) Each party shall bear its own fees, costs, and expenses.

Dated: July 13, 2020

FARNAN LLP

/s/ *Michael J. Farnan*
Joseph J. Farnan, Jr. (#100245)
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
farnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff GN Netcom, Inc.*

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jennifer Ying*
Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Tel: (302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com

*Attorneys for Defendant Plantronics, Inc.*

SO ORDERED, this \_\_\_13th\_\_\_ day of \_\_July\_\_, 2020

_____
The Honorable Leonard P. Stark